# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In re Guardianship of Marie Hall,
an incapacitated person.

VALERIE TYLER,

Appellant,

v.

BRENDA SMITH,

Appellee.

No. 2D2024-2908

_____

February 20, 2026

Appeal from the Circuit Court for Pasco County; James Richard Stearns, Judge.

William D. Mueller and Elliot B. Kula of Kula & Associates, P.A., Miami, for Appellant.

Ydelmis Cutino and Tilford A. Yates of Gilbert Garcia Group, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.